

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-15-00162-CV

ANTHONY J. CANN Appellant

V.

HOMETOWN BANK, N.A., Appellee

Appeal from the 212th District Court of Galveston County.
(Tr. Ct. No. 14-CV-0668).

**TO THE 212TH DISTRICT COURT OF GALVESTON COUNTY, GREETINGS:**

Before this Court, on the 29th day of September 2015, the cause upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

This case is an appeal from the order signed by the trial court on November 21, 2014. After due consideration, the Court **grants** the appellant's motion to dismiss the appeal. Accordingly, the Court **dismisses** the appeal.

The Court **orders** that costs be taxed against the appellant.

The Court **orders** that this decision be certified below for observance.

Judgment rendered September 29, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Higley, and Brown.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

_December 4, 2015_

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

